NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIAN E. ULRICH, MICHAEL E. JONES, JOHN B. RUBINSKY, JOHN A. DUKES, JR., JOHN EVANGELISTA AND GERALD WIMBERLY,**
*Petitioners,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2012-3035

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. PH0752100649-I-1, PH0351110034-I-1, PH0351110035-I-1, PH0752110036-I-1, PH0752110037-I-1, and SF0752110079-I-1.

---

**ON MOTION**

---

**ORDER**

The petitioners move without opposition to withdraw their reply brief to the respondent's brief and for an extension of time, until October 2, 2012, to file a single reply brief to the response briefs of both the respondent and the intervenor.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The petitioners' combined reply brief is due on or before October 2, 2012.

FOR THE COURT

SEP 2 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dennis L. Friedman, Esq.
     L. Misha Preheim, Esq.
     Jeffrey Gauger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK